DAVID H. ANGELI (*pro hac vice application pending*)
EDWARD A. PIPER (Cal. Bar No. 288289)
TYLER P. FRANCIS (*pro hac vice application pending*)
MICHELLE H. KERIN (*pro hac vice application pending*)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; ed@angelilaw.com; tyler@angelilaw.com; michelle@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPH SULLIVAN,<br><br>  Defendant. | Case No. 20-MJ-71168-JCS<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

Please take notice that Edward A. Piper of Angeli Law Group LLC hereby enters his appearance in the above-captioned matter as counsel for Defendant Joseph Sullivan. He respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at:

> Edward A. Piper
> 121 SW Morrison Street, Suite 400
> Portland, Oregon 97204
> Telephone: (503) 954-2232
> Facsimile: (503) 227-0880
> Email: ed@angelilaw.com

DATED: August 27, 2020.        ANGELI LAW GROUP LLC

By:   *s/Edward A. Piper*
      Edward A. Piper

      *Attorney for Defendant Joseph Sullivan*