DAVID H. ANGELI (*pro hac vice application pending*)
EDWARD A. PIPER (Cal. Bar No. 288289)
TYLER P. FRANCIS (*pro hac vice application pending*)
MICHELLE H. KERIN (*pro hac vice application pending*)
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232 │ Facsimile: (503) 227-0880
Email: david@angelilaw.com; ed@angelilaw.com; tyler@angelilaw.com; michelle@angelilaw.com

JOHN D. CLINE (Cal. Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

*Attorneys for Defendant Joseph Sullivan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH SULLIVAN, <br><br> Defendant. | Case No. 20-MJ-71168-JCS <br><br> NOTICE OF APPEARANCE |

1  **TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

2  Please take notice that John D. Cline hereby enters his appearance in the above-captioned

3  matter as counsel for Defendant Joseph Sullivan. He respectfully requests that all pleadings,

4  notices, orders, correspondence, and other papers in connection with this action be served upon

5  him at:

6  John D. Cline
   50 California Street, Suite 1500
7  San Francisco, CA 94111
   Telephone: (415) 662-2260
8  Facsimile: (415) 662-2263
   Email: cline@johndclinelaw.com
9

10  DATED: August 27, 2020.

11                                    By:   *s/John D. Cline*
                                            John D. Cline
12
13                                          *Attorney for Defendant Joseph Sullivan*