Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

United States of America )
                 Plaintiff(s), )  Case No: 20-MJ-71168-JCS
   v. )
Joseph Sullivan ) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)
                Defendant(s). )

I, Michelle H. Kerin, an active member in good standing of the bar of Oregon, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Joseph Sullivan in the above-entitled action. My local co-counsel in this case is John D. Cline, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 121 SW Morrison St., Suite 400<br>Portland, OR 97204 | 50 California Street, Suite 1500<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (503) 954-2232 | (415) 662-2260 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| michelle@angelilaw.com | cline@johndclinelaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 965278.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/27/20

                                  Michelle H. Kerin
                                  APPLICANT

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michelle H. Kerin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 31, 2020

                             Judge Joseph C. Spero
                             UNITED STATES DISTRICT/MAGISTRATE JUDGE